

# Missouri Court of Appeals
## Southern District

## JANUARY 13, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32434

    Re:    BRUCE MEYER and ANGELA MEYER, and LOUIS L. MEYER
           and SALLY R. MEYER, Trustees UTA dated 8/30/96,
           Respondents,
           vs.
           RICK GARNER and TINA GARNER, EARL RENEGAR,
           MARY RENEGAR, FRANK SMITH and NORA SMITH,
           Appellants,
           JOSEPH HUCKABEY, Individually, and
           JOSEPH HUCKABEY, Trustee of RUDOLPH ECK
           and GOLDIE ECK, Revocable Trust dated October 8, 2002,
           and SANDRA HUCKABEY,
           Respondents.